|   |   |
|---|---|
| 1 | **AMARO | BALDWIN LLP** |
|   | Michael L. Amaro, Esq. (Bar No. 109514) |
| 2 | Cathy Muller Diehl, Esq. (Bar No. 188989) |
|   | 180 E. Ocean Boulevard, Suite 850 |
| 3 | Long Beach, California 90802 |
|   | Telephone: (562) 912-4157 |
| 4 | Facsimile: (562) 912-7918 |
|   | mamaro@amarolawyers.com |
| 5 | PSMT0003 |
|   | Attorneys for Defendant, |
| 6 | PETSMART, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| ELIZABETH KARNAZES, | CASE NO. 3:15-cv-05772-EMC |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO SET ASIDE DEFAULT JUDGMENT** |
| PETSMART, INC. and DOES 1 TO 100, | |
| Defendants. | Complaint Filed: December 17, 2010 |
|  | Amended Complaint Filed: February 14, 2012 |
|  | Trial Date: None |

IT IS HEREBY STIPULATED by and between Defendant, PETSMART, INC., and Plaintiff, ELIZABETH KARNAZES, by and through them and/or their counsel of record as follows:

1. The Case Management Conference in the above-captioned case, currently scheduled for April 7, 2016 at 10:00 a.m. be continued to April 21, 2016 at 10:00 a.m.;

2. Defendant's Motion to Set Aside the Default Judgment currently scheduled for March 3, 2016 be continued to April 21, 2016 at 1:30 p.m.

///
///
///
///
///

---
1
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO SET ASIDE DEFAULT JUDGMENT**

IT IS SO STIPULATED

DATED: February 24, 2016

BY: _____
ELIZABETH KARNAZES, In Pro Per

DATED: February 25, 2016            AMARO | BALDWIN LLP

By: _____
CATHY MULLER DIEHL
Attorneys for Defendant,
PETSMART, INC.

### ORDER

As agreed per Stipulation by the parties herein, and good cause appearing,

IT IS ORDERED that:

1. The Case Management Conference is continued from April 7, 2016 to ~~April 21, 2016~~ at ~~10:00 a.m.~~ 9:30 a.m. Joint CMC statement due March 31, 2016.

~~2. Defendant's Motion to Set Aside the Default Judgment is continued from March 3, 2016 to April 21, 2016 at 1:30 p.m.~~

2. Opposition to Motion to Set Aside the Default Judgment due March 17, 2016.  Reply due March 24, 2016. No hearing set.  Court to issue order on papers.

DATED: March 1, 2016

HONORABLE JUDGE EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# PROOF OF SERVICE
### *Elizabeth Karnazes v. PetSmart, Inc., et al.*
### Case No. 3:15-cv-05772-EMC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is 180 E. Ocean Boulevard, Suite 850, Long Beach, California 90802.

    On February 25, 2016, I served the foregoing document described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO SET ASIDE DEFAULT JUDGMENT** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 25, 2016, at Long Beach, California.

MARTHA L. CASTRUITA

*Elizabeth Karnazes v. PetSmart, Inc., et al.*
*Case No.* 3:15-cv-05772-EMC

SERVICE LIST

| | |
|---|---|
| Elizabeth Karnazes<br>P.O. Box 4747<br>Foster City, CA 94404 | ***Attorneys for Plaintiff***<br><br>Telephone: (650) 345-9200 |