UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETSMART, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-05772-EMC<br><br>**ORDER DENYING REQUEST FOR AN EXTENSION**<br><br>Docket No. 24 |

On March 15, 2016, the Court received a letter from Plaintiff, requesting an extension of time to oppose Defendant's motion to set aside the default judgment. Docket No. 24. The Court **DENIES** Plaintiff's request for an extension of time.

**IT IS SO ORDERED**.

Dated: March 17, 2016

_____
EDWARD M. CHEN
United States District Judge